**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: DULBERG, PAUL R                              § Case No. 14-83578
                                                    §
                                                    §
                                                    §
Debtor(s)                                           §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $141,680.00                Assets Exempt: $16,680.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $38,733.68    Claims Discharged
                                                Without Payment: $0.00

Total Expenses of Administration: $144,839.92

---

    3) Total gross receipts of $ 301,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 117,426.40 (see **Exhibit 2**), yielded net receipts of $183,573.60 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 144,839.92 | 144,839.92 | 144,839.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,231.10 | 1,231.10 | 1,231.10 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 37,502.58 | 37,502.58 | 37,502.58 |
| **TOTAL DISBURSEMENTS** | $0.00 | $183,573.60 | $183,573.60 | $183,573.60 |

4) This case was originally filed under Chapter 7 on November 26, 2014. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/15/2017           By: /s/JOSEPH D. OLSEN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Case | 1242-000 | 301,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$301,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Paul R Dulberg | Disbursement per court order 01/25/2017 | 8100-002 | 15,000.00 |
| DULBERG, PAUL R | Dividend paid 100.00% on $102,426.40; Claim# SURPLUS; Filed: $102,426.40; Reference: | 8200-002 | 102,426.40 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$117,426.40** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 12,428.68 | 12,428.68 | 12,428.68 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 83.33 | 83.33 | 83.33 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Attorney for Trustee Fees (Trustee Firm) - Joseph D Olsen | 3110-000 | N/A | 2,226.00 | 2,226.00 | 2,226.00 |
| Other - Baudin Law Group Ltd | 3220-610 | N/A | 117,084.63 | 117,084.63 | 117,084.63 |
| Other - Hand Surgery Associates | 3991-000 | N/A | 4,600.00 | 4,600.00 | 4,600.00 |
| Other - ADR Systems | 3991-000 | N/A | 1,938.00 | 1,938.00 | 1,938.00 |
| Other - The Law Offices of Thomas J Popovich | 3220-610 | N/A | 1,539.32 | 1,539.32 | 1,539.32 |
| Other - Brad J. Balke P.C. | 3220-610 | N/A | 1,539.32 | 1,539.32 | 1,539.32 |
| Other - Dr. Karen Levin | 3220-610 | N/A | 1,200.00 | 1,200.00 | 1,200.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 280.60 | 280.60 | 280.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 220.04 | 220.04 | 220.04 |
| Other - MedChex | 3991-000 | N/A | 1,700.00 | 1,700.00 | 1,700.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$144,839.92** | **$144,839.92** | **$144,839.92** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Ehrmann Gehlbach Badger Lee & Considine, LLC | 5800-000 | N/A | 1,231.10 | 1,231.10 | 1,231.10 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,231.10 | $1,231.10 | $1,231.10 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Oak Trust Credit Union | 7100-000 | N/A | 507.33 | 507.33 | 507.33 |
| 1I | Oak Trust Credit Union | 7990-000 | N/A | 1.64 | 1.64 | 1.64 |
| 3 | WORLD'S FOREMOST BANK | 7100-000 | N/A | 12,892.13 | 12,892.13 | 12,892.13 |
| 3I | WORLD'S FOREMOST BANK | 7990-000 | N/A | 41.78 | 41.78 | 41.78 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4I | Ehrmann Gehlbach Badger Lee & Considine, LLC | 7990-000 | N/A | 3.99 | 3.99 | 3.99 |
| 5 | Dynamic Hand Therapy & Rehab | 7200-000 | N/A | 23,978.00 | 23,978.00 | 23,978.00 |
| 5I | Dynamic Hand Therapy & Rehab | 7990-000 | N/A | 77.71 | 77.71 | 77.71 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $37,502.58 | $37,502.58 | $37,502.58 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-83578  
**Case Name:** DULBERG, PAUL R

**Period Ending:** 06/15/17

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 11/26/14 (f)  
**§341(a) Meeting Date:** 12/30/14  
**Claims Bar Date:** 08/26/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | RESIDENCE, BUILDING, LAND, OR OTHER REAL ESTATE | 140,000.00 | 0.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 30.00 | 0.00 | | 0.00 | FA |
| 3 | McHenry Bank & Trust checking account xxxx-5528 | 300.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL AND JEWELRY | 350.00 | 0.00 | | 0.00 | FA |
| 6 | Personal Injury Case  (u) | Unknown | 50,000.00 | | 301,000.00 | FA |
| 6 | Assets    Totals (Excluding unknown values) | **$141,680.00** | **$50,000.00** | | **$301,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

   The undersigned was appointed successor Trustee on August 31, 2016. During the reporting period the Trustee engaged outside counsel to pursue a personal injury action, entered into binding mediation and received a result of the mediation for approximately $300,000.00. The Trustee still needs to notify the court of that decision, compensate the professionals and take care of the exemptions and medical liens on the file and will be done shortly. Hasn't been filed with the court but has been prepared. After those checks clear the Trustee will file his final report. That is anticipated to be done on or before March 31, 2017.

**Initial Projected Date Of Final Report (TFR):**    March 31, 2017       **Current Projected Date Of Final Report (TFR):**    April 18, 2017  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 14-83578 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | DULBERG, PAUL R | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8666 - Checking Account |
| Taxpayer ID #: | **-***0431 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 06/15/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/09/17 | {6} | Allstate Insurance | personal injury proceeds | 1242-000 | 1,000.00 | | 1,000.00 |
| 01/09/17 | {6} | Allstate Insurance | personal injury proceeds | 1242-000 | 300,000.00 | | 301,000.00 |
| 01/25/17 | 101 | Baudin Law Group Ltd | disbursement per court order 01/25/2017 | 3220-610 | | 117,084.63 | 183,915.37 |
| 01/25/17 | 102 | MedChex | disbursement per court order 01/25/2017 Stopped on 03/01/17 | 3991-005 | | 1,700.00 | 182,215.37 |
| 01/25/17 | 103 | Hand Surgery Associates | Disbursement per court order 01/25/2017 | 3991-000 | | 4,600.00 | 177,615.37 |
| 01/25/17 | 104 | ADR Systems | Disbursement per court order 01/25/2017 | 3991-000 | | 1,938.00 | 175,677.37 |
| 01/25/17 | 105 | Paul R Dulberg | Disbursement per court order 01/25/2017 | 8100-002 | | 15,000.00 | 160,677.37 |
| 01/30/17 | 106 | The Law Offices of Thomas J Popovich | Disbursement per court order 01/25/2017 | 3220-610 | | 1,539.32 | 159,138.05 |
| 01/30/17 | 107 | Brad J. Balke P.C. | Disbursement per court order 01/25/2017 | 3220-610 | | 1,539.32 | 157,598.73 |
| 01/30/17 | 108 | Dr. Karen Levin | Disbursement per court order 01/25/2017 | 3220-610 | | 1,200.00 | 156,398.73 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 280.60 | 156,118.13 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 220.04 | 155,898.09 |
| 03/01/17 | 102 | MedChex | disbursement per court order 01/25/2017 Stopped: check issued on 01/25/17 | 3991-005 | | -1,700.00 | 157,598.09 |
| 03/06/17 | 109 | MedChex | distribution per court order 01/25/2017 | 3991-000 | | 1,700.00 | 155,898.09 |
| 05/15/17 | 110 | JOSEPH D. OLSEN | Dividend paid 100.00% on $83.33, Trustee Expenses; Reference: | 2200-000 | | 83.33 | 155,814.76 |
| 05/15/17 | 111 | JOSEPH D. OLSEN | Dividend paid 100.00% on $12,428.68, Trustee Compensation; Reference: | 2100-000 | | 12,428.68 | 143,386.08 |
| 05/15/17 | 112 | Joseph D Olsen | Dividend paid 100.00% on $2,226.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,226.00 | 141,160.08 |
| 05/15/17 | 113 | DULBERG, PAUL R | Dividend paid 100.00% on $102,426.40; Claim# SURPLUS; Filed: $102,426.40; Reference: | 8200-002 | | 102,426.40 | 38,733.68 |
| 05/15/17 | 114 | Dynamic Hand Therapy & Rehab | Combined Check for Claims#5,5I | | | 24,055.71 | 14,677.97 |
| | | | Dividend paid 100.00%   23,978.00 on $23,978.00; Claim# 5; Filed: $23,978.00 | 7200-000 | | | 14,677.97 |
| | | | Dividend paid 100.00%   77.71 on $77.71; Claim# 5I; Filed: $77.71 | 7990-000 | | | 14,677.97 |
| 05/15/17 | 115 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Combined Check for Claims#4,4I | | | 1,235.09 | 13,442.88 |
| | | | Dividend paid 100.00%   1,231.10 on $1,231.10; Claim# 4; Filed: $1,231.10 | 5800-000 | | | 13,442.88 |

Subtotals :   $301,000.00   $287,557.12

{} Asset reference(s)

Printed: 06/15/2017 11:42 AM   V.13.30

Case 14-83578    Doc 49    Filed 06/29/17    Entered 06/29/17 14:32:01    Desc Main
Document    Page 8 of 8

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-83578
**Case Name:** DULBERG, PAUL R

**Taxpayer ID #:** **-***0431
**Period Ending:** 06/15/17

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** Rabobank, N.A.
**Account:** ******8666 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00% on $3.99; Claim# 4I; Filed: $3.99 | 3.99 | 7990-000 | | | 13,442.88 |
| 05/15/17 | 116 | Oak Trust Credit Union | Combined Check for Claims#1,1I | | | | 508.97 | 12,933.91 |
| | | | Dividend paid 100.00% on $507.33; Claim# 1; Filed: $507.33 | 507.33 | 7100-000 | | | 12,933.91 |
| | | | Dividend paid 100.00% on $1.64; Claim# 1I; Filed: $1.64 | 1.64 | 7990-000 | | | 12,933.91 |
| 05/15/17 | 117 | WORLD'S FOREMOST BANK | Combined Check for Claims#3,3I | | | | 12,933.91 | 0.00 |
| | | | Dividend paid 100.00% on $12,892.13; Claim# 3; Filed: $12,892.13 | 12,892.13 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $41.78; Claim# 3I; Filed: $41.78 | 41.78 | 7990-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 301,000.00 | 301,000.00 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 301,000.00 | 301,000.00 | |
| | | | Less: Payments to Debtors | | | | 117,426.40 | |
| | | | **NET Receipts / Disbursements** | | | **$301,000.00** | **$183,573.60** | |

| | | |
|---|---|---|
| Net Receipts : | 301,000.00 | |
| Less Payments to Debtor : | 117,426.40 | |
| Net Estate : | $183,573.60 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8666** | 301,000.00 | 183,573.60 | 0.00 |
| | **$301,000.00** | **$183,573.60** | **$0.00** |

{} Asset reference(s)

Printed: 06/15/2017 11:42 AM    V.13.30